UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

JULIO CESAR ALONSO,

    Plaintiff,

    v.                                                                Case No. 2:23-CV-132-GSL-AZ

ONIREM INVESTMENTS, LLC., JOEL
MERINO,

    Defendants.

## ORDER

This matter is before the Court on Magistrate Judge Abizer Zanzi's *sua sponte* report and recommendation entered on February 24, 2025. [DE 38]. For the reasons explained in the report, Magistrate Judge Zanzi recommends that the Court grant Plaintiff's Motion for Entry of Judgment on the Parties' Settlement, [DE 33], and order Defendants Joel Merino and Onirem Investments, LLC to pay Plaintiff $4,000 in accordance with the terms of the parties' settlement agreement. [DE 38, Page 7].

Over fourteen days have passed without any objections being filed, so the Court reviews the report and recommendation for clear error. *See* Fed. R. Civ. P. 72(b)(2); *Johnson v. Zema Systems Corp.*, 170 F.3d 734, 739 (7th Cir. 1999) ("If no objection or only partial objection is made, the district court judge reviews those unobjected portions for clear error." (citations omitted)). The Court has reviewed the report and recommendation and finds no clear error.

Accordingly, the Court **ADOPTS** Magistrate Judge Zanzi's report and recommendation in full, **GRANTS** Plaintiff's Motion for Entry of Judgment on the Parties' Settlement, [DE 33], and **ORDERS** Defendants Joel Merino and Onirem Investments, LLC to pay Plaintiff $4,000.

SO ORDERED.

ENTERED: March 18, 2025

/s/ GRETCHEN S. LUND
Judge
United States District Court