# UNITED STATES DISTRICT COURT
for the
Northern District of Indiana

JULIO CESAR ALONSO
        Plaintiff

   v.

Civil Action No.  2:23-cv-132

ONIREM INVESTMENTS, LLC.

JOEL MERINO
        Defendants

## JUDGMENT IN A CIVIL ACTION

The court has ordered that (*check one*):

___ the plaintiff _____
recover from the defendant _____ the amount of _____
dollars $_____, which includes prejudgment interest at the rate of _____% plus post-Judgment interest at the rate of _____ % along with costs.

___ the plaintiff recover nothing, the action is dismissed on the merits, and the defendant _____ recover costs from the plaintiff _____.

_X_ Other: The Court ADOPTS Magistrate Judge Zanzi's report and recommendation in full and ORDERS defendant's Joel Merino and Onirem Investments, LLC to pay Plaintiff Julio Cesar Alonso $4,000.

This action was (*check one*):

___ tried to a jury with Judge _____ presiding, and the jury has rendered a verdict.

___ tried by Judge _____ without a jury and the above decision was reached.

_X_ decided by Judge Gretchen S Lund on Plaintiff's Motion for Entry of Judgment and Magistrate Zanzi's Report and Recommendations.

DATE: 3/19/2025                           CHANDA J. BERTA, CLERK OF COURT

                                                   by   s/ S. Jarrell_____
                                                   *Signature of Clerk or Deputy Clerk*